**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, et al.** | : | |
| **ex rel. JUSTIN DILLON,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civ. No. 18-2642** |
| | : | |
| **INCYTE CORPORATION,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW** this 14th day of November, 2023, upon consideration of the Parties' Joint Stipulation of Dismissal (Doc. No. 102) it is hereby **ORDERED** that the **CLERK OF COURT** shall **REMOVE** this matter from the Civil Suspense Docket and **TERMINATE** the case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.